```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 24567
    MARILYN NICHOLAS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

            Debtor
     SSN XXX-XX-3580
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

The case was filed on 06/21/2005 and was confirmed 09/21/2005.

The plan was confirmed to pay secured creditors 100% and unsecured creditors 10.00%.

The case was dismissed after confirmation 10/24/2007.

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| INTERNAL REVENUE SERVICE | PRIORITY | 7729.85 | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 200.00 | .00 | .00 |
| AT & T WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| OPTION ONE MORTGAGE | CURRENT MORTG | 26130.69 | .00 | 26130.69 |
| OPTION ONE MORTGAGE | MORTGAGE ARRE | 18604.67 | .00 | 6781.95 |
| NICOR GAS | UNSECURED | 355.86 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 992.10 | .00 | .00 |
| OPTION ONE MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED NOT I | .00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 10834.70 | .00 | .00 |
| AMERICAN FAMILY FINANCIA | UNSECURED | NOT FILED | .00 | .00 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO | NOTICE ONLY | NOT FILED | .00 | .00 |
| CHECK N GO | UNSECURED | NOT FILED | .00 | .00 |
| SECRETARY OF STATE | NOTICE ONLY | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| SIR FINANCE | UNSECURED | 1224.00 | .00 | .00 |
| MALCOLM S GERALD | UNSECURED | NOT FILED | .00 | .00 |
| WESTERN INTERNATIONAL UN | UNSECURED | NOT FILED | .00 | .00 |
| OPTION ONE MORTGAGE | MORTGAGE ARRE | 1041.34 | .00 | 268.58 |
| INTERNAL REVENUE SERVICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| US ATTORNEYS OFFICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| IRS TAX DIVISION | NOTICE ONLY | NOT FILED | .00 | .00 |
| MELVIN J KAPLAN | DEBTOR ATTY | 2,294.00 | | 2,294.00 |
| TOM VAUGHN | TRUSTEE | | | 2,128.77 |
| DEBTOR REFUND | REFUND | | | 3,150.01 |

Summary of Receipts and Disbursements:

---

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|

---

PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 05 B 24567 MARILYN NICHOLAS

```
TRUSTEE                                       40,754.00

PRIORITY                                                           .00
SECURED                                                      33,181.22
UNSECURED                                                          .00
ADMINISTRATIVE                                                2,294.00
TRUSTEE COMPENSATION                                          2,128.77
DEBTOR REFUND                                                 3,150.01
                                         ----------------  ----------------
TOTALS                                        40,754.00       40,754.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/25/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE